UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-424 MMM (FFMx) | Date | July 30, 2014 |
|---|---|---|---|
| Title | SONJA LONG v. STAPLES, INC., et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE SANCTIONS AND ORDER RE MOTION TO COMPEL**

On July 28, 2014, defendant filed a document entitled "Notice of Defendant Staples Contract & Commercial, Inc.'s Motion to Compel Plaintiff to Respond to Written Discovery and Produce Documents; Request for Sanctions" ("motion").  Defendant's motion indicates that plaintiff has refused to meet and confer with defendant.  As a result, plaintiff has not provided a joint stipulation in connection with the motion.

Plaintiff is ordered to show cause, in writing, within five days of the date of this order, if any she has, why she should not be sanctioned for failing to meet and confer with defendant regarding the issues raised by defendant's motion to compel.

In addition, plaintiff is ordered to meet in person with defendant's counsel at the office of defendant's counsel within 10 days of the date of this order.  The parties are ordered to prepare and file a joint stipulation with respect to the motion no later than August 20, 2014.  The joint stipulation shall set forth the positions of each party with respect to any unresolved issues.  The joint stipulation shall also contain, with respect to each issue, a description of any proposal made by each party to resolve the issue.  After reviewing the joint stipulation, the Court will determine whether to proceed with oral argument on August 26, 2014 or vacate the hearing date and rule on the papers submitted.

IT IS SO ORDERED.