UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 14-00424 MMM (FFMx) | Date | August 13, 2014 |
|---|---|---|---|

| Title | *Sonja Long v. Staples, Inc.* |
|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:** **Order To Show Cause Re: Dismissal of Action For Lack of Prosecution**

Under Rule 41(b) of the Federal Rules of Civil Procedure, the court may dismiss an action without prejudice where a plaintiff has failed to "prosecute or to comply with [the Federal Rules of Civil Procedure] or any order of the court." On July 28, 2014, defendant Staples, Inc. ("Staples") filed a motion to compel plaintiff to respond to written discovery and produce documents.[1] Defendant reported that plaintiff had refused to meet and confer regarding the issues raised by the motion. On July 30, 2014, Magistrate Judge Frederick F. Mumm ordered plaintiff to meet and confer with Staples and to show cause why she should not be sanctioned for refusing to meet and confer before the motion was filed.[2] On August 4, 2014, Long's counsel filed a response, stating that she had been unable to communicate with Long since at least last May, despite sending numerous emails and making several telephone calls.[3]

The court thus directs Long to show cause in writing on or before **August 23, 2014** why this action should not be dismissed for lack of prosecution. Should Long fail to respond to this order to show cause by **August 23, 2014**, the court will dismiss the case forthwith.

---

[1] Motion to Compel, Docket No. 19 (Jul. 28, 2014).

[2] Order to Show Cause, Docket No. 20 (Jul. 30, 2014).

[3] Response to Order to Show Cause, Docket No. 21 (Aug. 4, 2014).