UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES - GENERAL

| Case No. | CV 14-00424 MMM (FFMx) | Date | August 27, 2014 |
|---|---|---|---|

| Title | *Sonja Long v. Staples Contract & Commercial, Inc.* |
|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   Order Dismissing Action Without Prejudice

On July 30, 2014, Magistrate Judge Frederick F. Mumm issued an order to show cause why plaintiff Sonja Long should not be sanctioned for failure to meet and confer with defendant Staples, Inc.[1]  On August 4, 2014, Long's counsel filed a response, stating that she had been unable to communicate with Long since at least May, despite sending numerous emails and making several telephone calls.[2]  On August 13, 2014, the court issued an order to show cause why the case should not be dismissed for lack of prosecution.[3]  The court directed that Long respond on or before August 23, 2014, and advised her that the action would be dismissed forthwith if she failed to respond.[4]  To date, no response has been filed.  Consequently, the court dismisses the action without prejudice.

---

[1]Order to Show Cause re: Failure to Meet and Confer, Docket No. 20 (Jul. 30, 2014).

[2]Response to Order to Show Cause re: Failure to Meet and Confer, Docket No. 21 (Aug. 4, 2014).

[3]Order to Show Cause re: Lack of Prosecution, Docket No. 23 (Aug. 13, 2014).

[4]*Id.* at 1.